DOCUMENTS ASSOCIATED
WITH CIVIL CASES PENDING
IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 3 1 2023

KEVIN P. WEIMER, Clerk
By:                    Deputy Clerk

# I. INITIAL DISCLOSURES

## A. Plaintiff's Initial Disclosures.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Raymond G Brown

v.

IC Systems INC

Civil Action No. 1:23CV4157

## PLAINTIFF'S INITIAL DISCLOSURES

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

① ON or about August 1 2023 Plaintiff reviewed his Trans Union and Experian consumer report ② Plaintiff observed unauthorized Inquires from Defendant. ③ Defendant I C Systems INC unauthorized inquiry was made on 04/05/2023. ④ Plaintiff never initiated a consumer credit transaction with Defendant. Continued on Attachment F

(Rev. 03/01/11)                    APP.B - 2

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

15 U.S.C 1681b (f)   Permissible Purpose

15 USC 1692 e (10) using false, deceptive or misleading representation or means in connection with the collection of any dept

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

(5) Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.   (Attach document list and descriptions to Initial Disclosures as Attachment C.)

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying

(Rev. 03/01/11)

as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

_____

_____

_____

(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

N/A

(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs cause of action and state the basis and extent of such interest.

_____

N/A

_____

(Rev.  03/01/11)                    APP.B - 4

Initial Disclosures Attachment A

Raymond G Brown (561)248-8247
I C Systems INC (888)735-0516
Trans Union LLC (800)916-8800
Experian PLC (888)397-3742

**Initial Disclosures Attachment B**

① Raymond G Brown

② Trans Union LLC

③ Experian PLC

# UNITED STATES DISTRICT COURT

### for the

|  |  |
|---|---|
| Raymond G Brown <br> _Plaintiff(s)_ <br><br> v. <br><br> I C Systems INC <br> _Defendant(s)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 1:23cv4157 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

I C Systems INC
289 S. Culver St, Lawrenceville GA. 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Raymond G Brown
8467 Moultrie Dr
Jonesboro GA 30238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Raymond G Brown | COURT CASE NUMBER<br>1: 23cv4157 |
|---|---|
| DEFENDANT<br>IC Systems | TYPE OF PROCESS<br>Summons |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** I C Systems INC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
289 S Culver St,  Lawrenceville, GA 30046

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Raymond G Brown<br>8467 Moultrie Dr<br>Jonesboro, GA, 30238 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>561-248-8247 | DATE<br>10/25/2023 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____

designated by law to accept service of process on behalf of *(name of organization)* _____ , who is

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Initial Disclosures Attachment C

Experian Credit Report

Prepared For

**RAYMOND BROWN**

**Personal & Confidential**

**Date Generated**   Aug 26, 2023

**Report Number**   3005-5532-85

# At a Glance        17 Accounts        0 Public Records        7 Hard Inquiries

## Personal Information

5 Names        14 Addresses        1 SSN Variations        1 Employers        1 Personal Statements        5 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

---

## Names

| | | | |
|---|---|---|---|
| **RAYMOND BROWN**<br>Name ID #10327 | **RAYMOND GARFIELD BROWN**<br>Name ID #4955 | **RAYMOND G BROWN**<br>Name ID #16806 | **BROWN RAYMOND**<br>Name ID #25552 |
| **RYAMOND BROWN**<br>Name ID #10379 | | | |

# Addresses

**8467 MOULTRIE DR**
**JONESBORO GA, 30238-2992**

Address ID #0646580097
Single family

**1045 MAPLE VALLEY CT**
**UNION CITY GA, 30291-6567**

Address ID #0628164649
Single family

**2269 S UNIVERSITY DR #148**
**DAVIE FL, 33324-5856**

Address ID #0794017070
Single family

**2661 NW 44TH TER**
**LAUDERHILL FL, 33313-2737**

Address ID #0760343162
Single family

**3606 E NORTHERN PKWY**
**BALTIMORE MD, 21206-1644**

Address ID #0042767135
Single family

**2707 OAKLEY AVE**
**BALTIMORE MD, 21215-5310**

Address ID #0042953907
Single family

**5010 CRENSHAW AVE APTE**
**BALTIMORE MD, 21206-5363**

Address ID #0207512713
Apartment complex

**614 HARWOOD AVE**
**BALTIMORE MD, 21212-3950**

Address ID #0042894330
Multifamily

**1412 HALLWOOD RD**
**BALTIMORE MD, 21228-1139**

Address ID #0043261783
Single family

**1901 N FOREST PARK AVE APTS2**
**BALTIMORE MD, 21207-6501**

Address ID #0207737137
Apartment complex

**8467 MOULTRIE DR LOT5A**
**JONESBORO GA, 30238-2992**

Address ID #0927972841
Single family

**107 MAGNOLIA CIR**
**JONESBORO GA, 30236-2248**

Address ID #0065556912
Single family

**3925 WOODRIDGE RD**
**BALTIMORE MD, 21229-1912**

Address ID #0043301743
Single family

**4115 COLUMBIA RD STE5**
**AUGUSTA GA, 30907-0410**

Address ID #0067910800
Multifamily

## Social Security Numbers

XXX-XX-5529

## Year of Birth

1962

## Phone Numbers

(561) 248-8247
Cellular

(954) 552-4627
Cellular

## Employers

MAERSK

## Notices

This address may be perceived as a high risk because it has pertained to a business, or was used as a mail drop or a delivery service: 4115 COLUMBIA RD STE 5 AUGUSTA GA 30907.

POST OFFICES: 4115 COLUMBIA RD STE 5, AUGUSTA, GA, 30907.

## Personal Statements

ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT 561-248-8247. THIS SECURITY ALERT WILL BE MAINTAINED FOR 1 YEAR BEGINNING 10-16-22.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.



### AFFIRM INC

#### Account Info

| | |
|---|---|
| Account Name | **AFFIRM INC** |
| Account Number | **WBPVXXXX** |
| Account Type | **Unsecured** |
| Responsibility | **Individual** |
| Date Opened | **03/20/2023** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Apr 2023** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$625** |
| Highest Balance | **-** |
| Terms | **12 Months** |
| On Record Until | **Apr 2033** |

#### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | CLS | — | — | — | — | — | — | — | — |

CLS   Closed

This account is scheduled to continue on record until Apr 2033.

### Contact Info

| | |
|---|---|
| Address | 650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108 |
| Phone Number | (855) 423-3729 |

## AVA FINANCE INC



### Account Info

| | |
|---|---|
| Account Name | AVA FINANCE INC |
| Account Number | BGA6D9XXXXXXXXXXXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 10/23/2022 |
| Status | Open/Never late. |
| Status Updated | Jul 2023 |
| Balance | $0 |
| Balance Updated | 07/19/2023 |
| Recent Payment | $7 as of 7/14/2023 |
| Monthly Payment | $0 |
| Credit Limit | $2,500 |
| Highest Balance | $0 |
| Terms | - |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | — | — | — | — | — |
| 2022 | — | — | — | — | — | — | — | — | ✔ | ✔ | ✔ |

✔ Current / Terms met



### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jun 2023** | **$0** | **$0** | **$7 on 6/14/2023** |
| **May 2023** | **$0** | **$0** | **$7 on 5/16/2023** |
| **Apr 2023** | **$0** | **$0** | **$7 on 4/14/2023** |
| **Mar 2023** | **$0** | **$0** | **$7 on 3/15/2023** |
| **Feb 2023** | **$0** | **$0** | **$7 on 2/15/2023** |
| **Jan 2023** | **$0** | **$0** | **$7 on 1/17/2023** |
| **Dec 2022** | **$0** | **$0** | **$7 on 12/14/2022** |
| **Nov 2022** | **$0** | **$0** | **$7 on 11/16/2022** |
| **Oct 2022** | **$0** | **$0** | **$0** |

**Additional info**

Between Oct 2022 and Jun 2023, your credit limit/high balance was $2,500



**Contact Info**

Address                          30211 AVENIDA DE LAS BANDERA,
                                 RANCHO SANTA MARGARITA CA 92688

# AVA FINANCE INC



**Account Info**

| | |
|---|---|
| Account Name | **AVA FINANCE INC** |
| Account Number | **L23DRGXXXXXXXXXXXXXXXXXX** |
| Account Type | **Unsecured** |
| Responsibility | **Individual** |
| Date Opened | **10/23/2022** |
| Status | **Open/Never late.** |
| Status Updated | **Jul 2023** |
| Balance | **$42** |
| Balance Updated | **07/28/2023** |
| Recent Payment | **$21 as of 7/26/2023** |
| Monthly Payment | **$21** |
| Original Balance | **$252** |
| Highest Balance | |

Terms                                    12 months

## $ Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – |
| 2022 | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

## ▤ Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2023 | $63 | $21 | $21 on 6/28/2023 |
| May 2023 | $84 | $21 | $21 on 5/26/2023 |
| Apr 2023 | $105 | $21 | $21 on 4/26/2023 |
| Mar 2023 | $126 | $21 | $42 on 3/28/2023 |
| Feb 2023 | $168 | $21 | $0 on 1/26/2023 |
| Jan 2023 | $168 | $21 | $42 on 1/26/2023 |
| Dec 2022 | $210 | $21 | $21 on 11/29/2022 |
| Nov 2022 | $231 | $21 | $21 on 10/26/2022 |
| Oct 2022 | $252 | $21 | $0 |

### Additional info

The original amount of this account was $252

## ✉ Contact Info

Address

**30211 AVENIDA DE LAS BANDERA,
RANCHO SANTA MARGARITA CA 92688**

# CAPITAL ONE

## Account Info

| | |
|---|---|
| Account Name | **CAPITAL ONE** |
| Account Number | **515676XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **07/08/2023** |
| Status | **Open/Never late.** |
| Status Updated | **Aug 2023** |
| Balance | **$91** |
| Balance Updated | **08/21/2023** |
| Recent Payment | **-** |
| Monthly Payment | **$25** |
| Credit Limit | **$1,000** |
| Highest Balance | **$124** |
| Terms | **-** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | — | — | ✓ | ✓ | — | — | — | — |

✓  Current / Terms met

## Contact Info



| | |
|---|---|
| Address | **PO BOX 31293,** |
| | **SALT LAKE CITY UT 84131** |
| Phone Number | **(800) 955-7070** |

# CAPITAL ONE

## Account Info

| | |
|---|---|
| Account Name | **CAPITAL ONE** |
| Account Number | **517805XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **03/22/2022** |
| Status | **Open/Never late.** |

| | |
|---|---|
| Status Updated | Aug 2023 |
| Balance | $160 |
| Balance Updated | 08/22/2023 |
| Recent Payment | - |
| Monthly Payment | $25 |
| Credit Limit | $500 |
| Highest Balance | $322 |
| Terms | - |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — |
| 2022 | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2023 | $86 | $25 | $0 on 7/7/2023 |
| Jun 2023 | $128 | $25 | $0 on 6/8/2023 |
| May 2023 | $140 | $25 | $0 on 5/3/2023 |
| Apr 2023 | $45 | $25 | $0 on 4/21/2023 |
| Mar 2023 | $131 | $25 | $0 on 3/3/2023 |
| Feb 2023 | $114 | $25 | $0 on 2/3/2023 |
| Jan 2023 | $92 | $25 | $0 on 1/9/2023 |
| Dec 2022 | $122 | $25 | $0 on 12/20/2022 |
| Nov 2022 | $66 | $25 | $0 on 11/4/2022 |
| Oct 2022 | $64 | $25 | $0 on 9/26/2022 |
| Sep 2022 | $70 | $25 | $0 on 9/7/2022 |
| Aug 2022 | $98 | $25 | $0 on 8/22/2022 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jul 2022** | **$46** | **$25** | **$0 on 7/22/2022** |
| **Jun 2022** | **$116** | **$25** | **$0 on 6/20/2022** |
| **May 2022** | **$42** | **$25** | **$0 on 5/20/2022** |
| **Apr 2022** | **$172** | **$25** | **$0 on 4/20/2022** |

### Additional info

Between Apr 2022 and Jul 2023, your credit limit/high balance was $500



### Contact Info

| | |
|---|---|
| Address | PO BOX 31293, SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

# CAVALRY PORTFOLIO SERVICE

**POTENTIALLY NEGATIVE**



### Account Info

| | |
|---|---|
| Account Name | CAVALRY PORTFOLIO SERVICE |
| Account Number | 223343XX |
| Account Type | Collection |
| Responsibility | Individual |
| Date Opened | 06/29/2022 |
| Status | Collection account. $2,035 past due as of Jul 2023. |
| Status Updated | June 2022 |
| Balance | $2,035 |
| Balance Updated | 07/01/2023 |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $2,035 |
| Highest Balance | - |
| Terms | 1 Months |
| On Record Until | Nov 2025 |

### Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | C | C | C | C | C | C | C | – | – | – | – | – |
| 2022 | – | – | – | – | – | – | – | C | C | C | C | C |

C    Collection

**Payment history guide**

Collection as of Nov 2022 to Jul 2023, Oct 2022, Oct 2022, Sep 2022, Aug 2022

This account is scheduled to continue on record until Nov 2025.

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jun 2023** | $2,035 | $0 | $0 |
| **May 2023** | $2,035 | $0 | $0 |
| **Apr 2023** | $2,035 | $0 | $0 |
| **Mar 2023** | $2,035 | $0 | $0 |
| **Feb 2023** | $2,035 | $0 | $0 |
| **Jan 2023** | $2,035 | $0 | $0 |
| **Dec 2022** | $2,035 | $0 | $0 |
| **Nov 2022** | $2,035 | $0 | $0 |
| **Oct 2022** | $2,035 | $0 | $0 |
| **Sep 2022** | $2,035 | $0 | $0 |
| **Aug 2022** | $2,035 | $0 | $0 |

**Additional info**

The original amount of this account was $2,035

---

 **Historical Info**

**Original Creditor**          **DSNB MACYS**

---

✉ **Contact Info**

GREENWICH CT 06831

Phone Number                    (800) 501-0909

 **Comment**

**Current:**

Account information disputed by consumer (Meets requirement
of the Fair Credit Reporting Act).

**Previous:**

Account information disputed by consumer (Meets requirement
of the Fair Credit Reporting Act).

Oct 2022 to Jun 2023

# FEB DESTINY/GF

## Account Info

| | |
|---|---|
| Account Name | **FEB DESTINY/GF** |
| Account Number | **532211XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **09/11/2022** |
| Status | **Open/Never late.** |
| Status Updated | **Aug 2023** |
| Balance | **$102** |
| Balance Updated | **08/04/2023** |
| Recent Payment | **$55 as of 7/7/2023** |
| Monthly Payment | **$40** |
| Credit Limit | **$300** |
| Highest Balance | **$115** |
| Terms | **-** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | — | — | — | — |

2022

✓ Current / Terms met

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jul 2023** | **$55** | **$40** | **$54 on 6/17/2023** |
| **Jun 2023** | **$54** | **$40** | **$52 on 5/26/2023** |
| **May 2023** | **$27** | **$27** | **$115 on 4/21/2023** |
| **Apr 2023** | **$13** | **$13** | **$50 on 4/1/2023** |
| **Mar 2023** | **$0** | **$0** | **$80 on 3/3/2023** |
| **Feb 2023** | **$41** | **$40** | **$25 on 1/21/2023** |
| **Jan 2023** | **$17** | **$17** | **$41 on 12/20/2022** |
| **Dec 2022** | **$4** | **$4** | **$0 on 10/31/2022** |
| **Nov 2022** | **$0** | **$0** | **$75 on 10/31/2022** |
| **Oct 2022** | **$75** | **$0** | **$0** |

**Additional info**

Between Oct 2022 and Jul 2023, your credit limit/high balance was $300

---

 **Contact Info**

Address                     **PO BOX 4499,**
                            **BEAVERTON OR 97076**

Phone Number                **(800) 583-5698**

---

# I C SYSTEM INC
## POTENTIALLY NEGATIVE

 **Account Info**

Account Name                **I C SYSTEM INC**

Account Number              **140627XXX**

Account Type                **Collection**

| | |
|---|---|
| Responsibility | Individual |
| Date Opened | 06/15/2022 |
| Status | Collection account. $321 past due as of Aug 2023. |
| Status Updated | June 2022 |
| Balance | $321 |
| Balance Updated | 08/20/2023 |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $321 |
| Highest Balance | - |
| Terms | 1 Months |
| On Record Until | Mar 2026 |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | C | C | C | C | C | C | C | C | — | — | — | — |
| 2022 | — | — | — | — | — | — | — | C | C | C | C | C |

C  Collection

### Payment history guide

Collection as of Aug 2023, Aug 2023, Aug 2023, Jul 2023, Jul 2023, Jul 2023, Jul 2023, Jul 2023, Jun 2023, Jun 2023, Jun 2023, Jun 2023, May 2023, May 2023, May 2023, May 2023, Apr 2023, Apr 2023, Apr 2023, Apr 2023, Apr 2023, Mar 2023, Mar 2023, Mar 2023, Mar 2023, Feb 2023, Feb 2023, Feb 2023, Feb 2023, Jan 2023, Jan 2023, Jan 2023, Dec 2022, Nov 2022, Oct 2022, Sep 2022, Aug 2022

This account is scheduled to continue on record until Mar 2026.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2023 | $321 | $0 | $0 |
| Jun 2023 | $321 | $0 | $0 |
| May 2023 | $321 | $0 | $0 |
| Apr 2023 | $321 | $0 | $0 |
| Mar 2023 | $321 | $0 | $0 |
| Feb 2023 | $321 | $0 | $0 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jan 2023** | **$321** | **$0** | **$0** |

### Additional info

The original amount of this account was $321



### Historical Info

| | |
|---|---|
| Original Creditor | **SPRINT** |



### Contact Info

| | |
|---|---|
| Address | **PO BOX 64378,**<br>**SAINT PAUL MN 55164** |
| Phone Number | **(888) 735-0516** |



### Comment

### Current:

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

### Previous:

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Jan 2023 to Jul 2023

---

# MISSION LANE TAB BANK



### Account Info

| | |
|---|---|
| Account Name | **MISSION LANE TAB BANK** |
| Account Number | **431503XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **09/11/2022** |
| Status | **Open/Never late.** |
| Status Updated | **Aug 2023** |
| Balance | **$541** |

| Monthly Payment | $25 |
| Credit Limit | $1,100 |
| Highest Balance | $639 |
| Terms | - |

## 💲 Payment History

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — |
| 2022 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓  Current / Terms met

## 🧾 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2023 | $254 | $25 | $576 on 7/7/2023 |
| Jun 2023 | $346 | $25 | $1,004 on 6/8/2023 |
| May 2023 | $324 | $25 | $936 on 5/5/2023 |
| Apr 2023 | $386 | $25 | $425 on 4/1/2023 |
| Mar 2023 | $295 | $25 | $150 on 3/3/2023 |
| Feb 2023 | $326 | $25 | $425 on 2/3/2023 |
| Jan 2023 | $481 | $25 | $300 on 12/20/2022 |
| Dec 2022 | $282 | $25 | $763 on 12/6/2022 |
| Nov 2022 | $278 | $25 | $480 on 11/4/2022 |
| Oct 2022 | $169 | $0 | $76 on 9/24/2022 |

## Additional info

Between Apr 2023 and Jul 2023, your credit limit/high balance was $1,100

Between Oct 2022 and Mar 2023, your credit limit/high balance was $1,000

 **Contact Info**

| Address | P O BOX 182223, ATLANTA GA 30348 |
| --- | --- |
| Phone Number | (855) 790-8860 |

## OLLO/CWS

### Account Info

| | |
| --- | --- |
| Account Name | OLLO/CWS |
| Account Number | 537993XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 09/11/2022 |
| Status | Open/Never late. |
| Status Updated | Aug 2023 |
| Balance | $652 |
| Balance Updated | 08/13/2023 |
| Recent Payment | $700 as of 8/13/2023 |
| Monthly Payment | $27 |
| Credit Limit | $1,700 |
| Highest Balance | $887 |
| Terms | - |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — |
| 2022 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| Jul 2023 | $364 | $27 | $710 on 7/12/2023 |
| Jun 2023 | $406 | $27 | $1,050 on 6/12/2023 |
| May 2023 | $450 | $27 | $2,116 on 5/12/2023 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Apr 2023** | **$874** | **$27** | **$400 on 4/1/2023** |
| **Mar 2023** | **$574** | **$27** | **$690 on 3/3/2023** |
| **Feb 2023** | **$290** | **$27** | **$450 on 2/3/2023** |
| **Jan 2023** | **$86** | **$27** | **$300 on 1/10/2023** |
| **Nov 2022** | **$195** | **$27** | **$344 on 11/4/2022** |
| **Oct 2022** | **$139** | **$27** | **$233 on 10/12/2022** |
| **Sep 2022** | **$0** | **$0** | **$0** |

### Additional info

Between Apr 2023 and Jul 2023, your credit limit/high balance was $1,700

Between Sep 2022 and Mar 2023, your credit limit/high balance was $1,000

---



### Contact Info

| Address | PO BOX 9222, |
|---|---|
| | **OLD BETHPAGE NY 11804** |
| Phone Number | **(877) 494-0020** |

---



# PREMIER BKCRD/FIRST PREMIER
**POTENTIALLY NEGATIVE**

### Account Info

| | |
|---|---|
| Account Name | **PREMIER BKCRD/FIRST PREMIER** |
| Account Number | **517800XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **04/25/2018** |
| Status | **Account charged off. $1,247 written off. $1,247 past due as of Aug 2023.** |
| Status Updated | **Mar 2019** |
| Balance | **$1,247** |
| Balance Updated | **08/06/2023** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$1,000** |

Highest Balance                                $1,247

Terms                                          •

On Record Until                                **Aug 2025**

---

### $ Payment History

|      | J  | F  | M  | A  | M  | J  | J  | A  | S  | O  | N  | D  |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| 2023 | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | — | — | — | — |
| 2022 | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** |
| 2021 | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** |
| 2020 | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** |
| 2019 | **30** | **60** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** |
| 2018 | — | — | — | — | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met    30  Past due 30 days

60  Past due 60 days    CO  Charge off

**Payment history guide**

Charge Off as of Jun 2023 to Aug 2023, May 2023, Apr 2023, Mar 2023, Feb 2023, Jan 2023, Dec 2022, Nov 2022, Oct 2022, Sep 2022, Aug 2022, Jul 2022, Jun 2022, May 2022, Apr 2022, Mar 2022, Feb 2022, Jan 2022, Dec 2021, Nov 2021, Oct 2021, Sep 2021, Aug 2021, Jul 2021, Jun 2021, May 2021, Apr 2021, Mar 2021, Feb 2021, Jan 2021, Dec 2020, Nov 2020, Oct 2020, Sep 2020, Aug 2020, Jul 2020, Jun 2020, May 2020, Apr 2020, Mar 2020, Feb 2020, Jan 2020, Dec 2019, Nov 2019, Oct 2019, Sep 2019, Aug 2019, Jul 2019, Jun 2019, May 2019, Apr 2019, Mar 2019, Feb 2019

60 days past due as of Jan 2019

30 days past due as of Dec 2018

This account is scheduled to continue on record until Aug 2025.

---

### 📄 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jul 2023** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Jun 2023** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **May 2023** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Apr 2023** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Mar 2023** | **$1,247** | **$0** | **$0 on 10/24/2018** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Feb 2023** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Jan 2023** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Nov 2022** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Oct 2022** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Sep 2022** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Aug 2022** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Jul 2022** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Jun 2022** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **May 2022** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Apr 2022** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Mar 2022** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Feb 2022** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Jan 2022** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Dec 2021** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Nov 2021** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Oct 2021** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Sep 2021** | **$1,247** | **$0** | **$0 on 10/24/2018** |
| **Aug 2021** | **$1,247** | **$0** | **$0 on 10/24/2018** |

### Additional info

Between Aug 2021 and Jul 2023, your credit limit/high balance was $1,000

---

 **Contact Info**

Address            601 S MINNESOTA AVE,
                   SIOUX FALLS SD 57104

Phone Number       (800) 987-5521

---

 **Comment**

Current:

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

## Previous:

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Jan 2023 to Jul 2023, Aug 2022 to Nov 2022

### Reinvestigation Info

**This item was updated from our processing of your dispute in Aug 2022.**

# PREMIER BKCRD/FIRST PREMIER

## POTENTIALLY NEGATIVE

### Account Info

| | |
|---|---|
| Account Name | **PREMIER BKCRD/FIRST PREMIER** |
| Account Number | **543362XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **03/23/2014** |
| Status | **Account charged off. $1,105 written off. $1,105 past due as of Aug 2023.** |
| Status Updated | **May 2019** |
| Balance | **$1,105** |
| Balance Updated | **08/06/2023** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$875** |
| Highest Balance | **$1,105** |
| Terms | **-** |
| On Record Until | **Aug 2025** |

### Payment History

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | — | — | — | — |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | 30 | 60 | 90 | 120 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | CO | Charge off |

**Payment history guide**

Charge Off as of Jun 2023 to Aug 2023, May 2023, Apr 2023, Mar 2023, Feb 2023, Jan 2023, Dec 2022, Nov 2022, Oct 2022, Sep 2022, Aug 2022, Jul 2022, Jun 2022, May 2022, Apr 2022, Mar 2022, Feb 2022, Jan 2022, Dec 2021, Nov 2021, Oct 2021, Sep 2021, Aug 2021, Jul 2021, Jun 2021, May 2021, Apr 2021, Mar 2021, Feb 2021, Jan 2021, Dec 2020, Nov 2020, Oct 2020, Sep 2020, Aug 2020, Jul 2020, Jun 2020, May 2020, Apr 2020, Mar 2020, Feb 2020, Jan 2020, Dec 2019, Nov 2019, Oct 2019, Sep 2019, Aug 2019, Jul 2019, Jun 2019, May 2019, Apr 2019

120 days past due as of Mar 2019

90 days past due as of Feb 2019

60 days past due as of Jan 2019

30 days past due as of Dec 2018

This account is scheduled to continue on record until Aug 2025.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2023 | $1,105 | $0 | $0 on 10/24/2018 |
| Jun 2023 | $1,105 | $0 | $0 on 10/24/2018 |
| May 2023 | $1,105 | $0 | $0 on 10/24/2018 |
| Apr 2023 | $1,105 | $0 | $0 on 10/24/2018 |
| Mar 2023 | $1,105 | $0 | $0 on 10/24/2018 |
| Feb 2023 | $1,105 | $0 | $0 on 10/24/2018 |
| Jan 2023 | $1,105 | $0 | $0 on 10/24/2018 |
| Nov 2022 | $1,105 | $0 | $0 on 10/24/2018 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Oct 2022** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Sep 2022** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Aug 2022** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Jul 2022** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Jun 2022** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **May 2022** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Apr 2022** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Mar 2022** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Feb 2022** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Jan 2022** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Dec 2021** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Nov 2021** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Oct 2021** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Sep 2021** | **$1,105** | **$0** | **$0 on 10/24/2018** |
| **Aug 2021** | **$1,105** | **$0** | **$0 on 10/24/2018** |

## Additional info

Between Aug 2021 and Jul 2023, your credit limit/high balance was $875



## Contact Info

Address

**601 S MINNESOTA AVE,
SIOUX FALLS SD 57104**

Phone Number

**(800) 987-5521**



## Comment

### Current:

**Account information disputed by consumer (Meets requirement
of the Fair Credit Reporting Act).**

### Previous:

Account information disputed by consumer (meets requirement of the Fair Credit Reporting Act).

Jan 2023 to Jul 2023, Oct 2022 to Nov 2022

## SELF FINANCIAL/LEAD BANK

### Account Info

| | |
|---|---|
| Account Name | SELF FINANCIAL/LEAD BANK |
| Account Number | 1255XXXX |
| Account Type | Secured Loan |
| Responsibility | Individual |
| Date Opened | 02/13/2021 |
| Status | Paid, Closed/Never late. |
| Status Updated | Oct 2022 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $520 |
| Highest Balance | - |
| Terms | 24 Months |
| On Record Until | Oct 2032 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — |
| 2021 | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Oct 2032.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Sep 2022 | $8 | $8 | $25 on 9/13/2022 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Aug 2022** | **$33** | **$25** | **$25 on 8/13/2022** |
| **Jul 2022** | **$57** | **$25** | **$25 on 7/13/2022** |
| **Jun 2022** | **$81** | **$25** | **$25 on 6/13/2022** |
| **May 2022** | **$105** | **$25** | **$25 on 5/13/2022** |
| **Apr 2022** | **$129** | **$25** | **$25 on 4/13/2022** |
| **Mar 2022** | **$152** | **$25** | **$25 on 3/13/2022** |
| **Feb 2022** | **$175** | **$25** | **$25 on 2/13/2022** |
| **Jan 2022** | **$198** | **$25** | **$25 on 1/13/2022** |
| **Dec 2021** | **$220** | **$25** | **$0 on 11/20/2021** |
| **Nov 2021** | **$220** | **$25** | **$151 on 11/20/2021** |
| **Oct 2021** | **$363** | **$25** | **$25 on 10/13/2021** |
| **Sep 2021** | **$383** | **$25** | **$25 on 9/13/2021** |
| **Aug 2021** | **$403** | **$25** | **$25 on 8/13/2021** |

## Additional info

The original amount of this account was $520

---

 **Contact Info**

| Address | **1801 MAIN ST,**<br>**KANSAS CITY MO 64108** |
|---------|----------------------------------------------|
| Phone Number | **(866) 845-9545** |

---

# SELF FINANCIAL/LEAD BANK

 **Account Info**

| Account Name | **SELF FINANCIAL/LEAD BANK** |
|--------------|------------------------------|
| Account Number | **CRD000XXXXXXXXXXXXXXX** |
| Account Type | **Secured Card** |
| Responsibility | **Individual** |
| Date Opened | **09/03/2021** |

| | |
|---|---|
| Status | Open. Never late. |
| Status Updated | **Jul 2023** |
| Balance | **$125** |
| Balance Updated | **07/31/2023** |
| Recent Payment | **$270 as of 7/24/2023** |
| Monthly Payment | **$26** |
| Credit Limit | **$675** |
| Highest Balance | **$318** |
| Terms | **-** |

## 💲 Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

## 📑 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jun 2023** | **$90** | **$26** | **$100 on 6/9/2023** |
| **May 2023** | **$132** | **$26** | **$200 on 5/26/2023** |
| **Apr 2023** | **$72** | **$26** | **$325 on 4/29/2023** |
| **Mar 2023** | **$94** | **$26** | **$315 on 3/30/2023** |
| **Feb 2023** | **$144** | **$26** | **$185 on 2/22/2023** |
| **Jan 2023** | **$165** | **$26** | **$135 on 1/20/2023** |
| **Dec 2022** | **$186** | **$26** | **$334 on 12/23/2022** |
| **Nov 2022** | **$207** | **$26** | **$190 on 11/19/2022** |
| **Oct 2022** | **$116** | **$26** | **$198 on 10/20/2022** |
| **Sep 2022** | **$110** | **$26** | **$294 on 9/20/2022** |
| **Aug 2022** | **$112** | **$26** | **$296 on 8/21/2022** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jul 2022** | **$33** | **$26** | **$205 on 7/27/2022** |
| **Jun 2022** | **$64** | **$0** | **$58 on 6/19/2022** |
| **May 2022** | **$37** | **$26** | **$227 on 5/20/2022** |
| **Apr 2022** | **$45** | **$26** | **$140 on 4/18/2022** |
| **Mar 2022** | **$184** | **$0** | **$100 on 3/24/2022** |
| **Feb 2022** | **$284** | **$0** | **$21 on 2/18/2022** |
| **Jan 2022** | **$21** | **$0** | **$25 on 1/16/2022** |
| **Dec 2021** | **$0** | **$0** | **$20 on 12/16/2021** |
| **Nov 2021** | **$0** | **$0** | **$23 on 11/11/2021** |
| **Oct 2021** | **$23** | **$23** | **$23 on 10/3/2021** |
| **Sep 2021** | **$23** | **$0** | **$25 on 9/26/2021** |

### Additional info

Between May 2023 and Jun 2023, your credit limit/high balance was $650

Between Feb 2023 and Apr 2023, your credit limit/high balance was $625

Between Sep 2022 and Jan 2023, your credit limit/high balance was $600

Between Aug 2022 and Aug 2022, your credit limit/high balance was $575

Between Jul 2022 and Jul 2022, your credit limit/high balance was $525

Between Jun 2022 and Jun 2022, your credit limit/high balance was $450

Between May 2022 and May 2022, your credit limit/high balance was $400

Between Apr 2022 and Apr 2022, your credit limit/high balance was $375

Between Mar 2022 and Mar 2022, your credit limit/high balance was $325

Between Feb 2022 and Feb 2022, your credit limit/high balance was $300

Between Dec 2021 and Jan 2022, your credit limit/high balance was $275

Between Nov 2021 and Nov 2021, your credit limit/high balance was $150

Between Sep 2021 and Oct 2021, your credit limit/high balance was $100

---

 **Contact Info**

**Address**

**1801 MAIN ST,**
**KANSAS CITY MO 64108**

**Phone Number**

**(866) 845-9545**

# TBOM/ATLS/FORTIVA

## Account Info

| | |
|---|---|
| Account Name | **TBOM/ATLS/FORTIVA** |
| Account Number | **765650XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **07/02/2023** |
| Status | **Closed/Never late.** |
| Status Updated | **Aug 2023** |
| Balance | **$1,977** |
| Balance Updated | **08/07/2023** |
| Recent Payment | **$42 as of 8/4/2023** |
| Monthly Payment | **$42** |
| Credit Limit | **$2,000** |
| Highest Balance | **$2,003** |
| Terms | **-** |
| On Record Until | **Aug 2033** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | – | – | – | – | – | – | ✓ | CLS | – | – | – | – |

✓  Current / Terms met     CLS  Closed

This account is scheduled to continue on record until Aug 2033.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jul 2023** | **$2,003** | **$42** | **$0** |

### Additional info

As of Jul 2023 your credit limit/high balance was $2,000

## Contact Info

Address                                    P O BOX 100000,
                                           **ATLANTA GA 30348**

Phone Number                               **(800) 710-2961**

---

## 🗐 Comment

### Current:

**Account closed at consumer's request.**

### Previous:

**None**

---

# TBOM/MILESTONE

## 🗐 Account Info

| | |
|---|---|
| Account Name | **TBOM/MILESTONE** |
| Account Number | **549806XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **09/11/2022** |
| Status | **Open/Never late.** |
| Status Updated | **Aug 2023** |
| Balance | **$143** |
| Balance Updated | **08/04/2023** |
| Recent Payment | **$53 as of 7/7/2023** |
| Monthly Payment | **$40** |
| Credit Limit | **$300** |
| Highest Balance | **$150** |
| Terms | **-** |

---

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — |
| 2022 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓   Current / Terms met

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jul 2023** | $53 | $40 | $84 on 6/15/2023 |
| **Jun 2023** | $84 | $40 | $47 on 5/26/2023 |
| **May 2023** | $22 | $22 | $62 on 4/21/2023 |
| **Apr 2023** | $48 | $40 | $55 on 4/1/2023 |
| **Mar 2023** | $82 | $40 | $0 on 2/3/2023 |
| **Feb 2023** | $0 | $0 | $86 on 2/3/2023 |
| **Jan 2023** | $28 | $28 | $150 on 12/20/2022 |
| **Dec 2022** | $104 | $40 | $0 on 10/31/2022 |
| **Nov 2022** | $0 | $0 | $75 on 10/31/2022 |
| **Oct 2022** | $75 | $0 | $0 |

**Additional info**

Between Oct 2022 and Jul 2023, your credit limit/high balance was $300

---

 **Contact Info**

| Address | PO BOX 4499, BEAVERTON OR 97076 |
|---------|----------------------------------|
| Phone Number | (800) 300-0330 |

# TOMOCREDIT INC

 **Account Info**

| Account Name | TOMOCREDIT INC |
|--------------|----------------|
| Account Number | 722166XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 10/25/2022 |
| Status | Open/Never late. |
| Status Updated | Jul 2023 |
| Balance | $0 |

| Monthly Payment | $0 |
|---|---|
| Credit Limit | $750 |
| Highest Balance | $43 |
| Terms | 1 Months |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — |
| 2022 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

✓  Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2023 | $0 | $0 | $0 on 3/12/2023 |
| May 2023 | $0 | $0 | $0 on 3/12/2023 |
| Apr 2023 | $0 | $0 | $4 on 3/12/2023 |
| Mar 2023 | $0 | $0 | $43 on 3/12/2023 |
| Feb 2023 | $0 | $0 | $185 on 2/19/2023 |
| Jan 2023 | $0 | $0 | $53 on 1/21/2023 |
| Dec 2022 | $0 | $0 | $38 on 12/20/2022 |
| Nov 2022 | $0 | $0 | $0 on 11/13/2022 |

### Additional info

Between Nov 2022 and Jun 2023, your credit limit/high balance was $750

## Contact Info

| Address | 535 MISSION ST FL 14, SAN FRANCISCO CA 94105 |
|---|---|
| Phone Number | (202) 858-1034 |

## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**CAP ONE NA**
Inquired on
07/04/2023

PO BOX 30281
SALT LAKE
CITY UT, 84130

Unspecified. This
inquiry is
scheduled to
continue on record
until Aug 2025.

**CAP ONE NA**
Inquired on
10/19/2022

Unspecified. This
inquiry is
scheduled to
continue on record
until Nov 2024.

**CAPITAL ONE
FINANCIAL**
Inquired on
10/14/2022

PO BOX 259407
PLANO TX,
75025

Auto loan. This
inquiry is
scheduled to
continue on record
until Nov 2024.

**OLLO/TBOM/C
WS**
Inquired on
09/11/2022

PO BOX 9222
OLD BETHPAGE
NY, 11804

Unspecified. This
inquiry is
scheduled to
continue on record
until Oct 2024.

**DISCOVER
FINANCIAL
SERVI**
Inquired on
03/23/2022

12 READS WAY
NEW CASTLE
DE, 19720

Unspecified. This
inquiry is
scheduled to
continue on record
until Apr 2024.

**CAP ONE NA**
Inquired on
03/22/2022

PO BOX 30281
SALT LAKE
CITY UT, 84130

Unspecified. This
inquiry is
scheduled to
continue on record
until Apr 2024.

**CITI
CARDS/CITIBA
NK**
Inquired on
11/17/2021

PO BOX 6241
SIOUX FALLS
SD, 57117

Unspecified. This
inquiry is
scheduled to
continue on record
until Dec 2023.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit.

**AFFIRM**
Inquired on
03/18/2023

650
CALIFORNIA ST
FL 12,
SAN
FRANCISCO CA
94108
(855) 423-3729

**AMERICAN
EXPRESS**
Inquired on
10/02/2022

200 VESEY ST,
NEW YORK NY
10285

**CAPITAL ONE**
Inquired on
09/13/2022

PO BOX 30281,
SALT LAKE
CITY UT 84130
(800) 955-7070

**CAPITAL ONE**
Inquired on
07/13/2023

15000 CAPITAL
ONE DR,
RICHMOND VA
23238

**CAPITAL ONE
AUTO FINANCE**
Inquired on
09/22/2022

7933 PRESTON
RD,
PLANO TX
75024
(800) 227-3863

**CARVANA, LLC**
Inquired on
09/25/2022

1621 W RIO
SALADO PKWY,
TEMPE AZ
85281

**CARVANA, LLC**
Inquired on
09/25/2022

1621 W RIO
SALADO PKWY,
TEMPE AZ
85281

**CREDIT KARMA**
Inquired on
08/16/2023,
08/12/2023,
08/09/2023,
08/05/2023,
08/02/2023,
07/29/2023,
07/26/2023,
07/22/2023,
07/19/2023,
07/12/2023,
07/08/2023,
07/05/2023,
07/01/2023,
06/28/2023,
06/24/2023,
06/21/2023,
06/17/2023,
06/14/2023,
06/10/2023,
06/07/2023,
06/03/2023,
05/31/2023,
05/27/2023,
05/24/2023,
05/20/2023,
05/17/2023,
05/13/2023,
05/10/2023,
05/06/2023,
05/03/2023,

04/29/2023,
04/26/2023,
04/22/2023,
04/19/2023,
04/15/2023,
04/12/2023,
04/08/2023,
04/05/2023,
04/01/2023,
03/29/2023,
03/25/2023,
03/22/2023,
03/18/2023,
03/15/2023,
03/11/2023,
03/08/2023,
03/04/2023,
03/01/2023,
02/25/2023,
02/22/2023,
02/18/2023,
02/15/2023,
02/11/2023,
02/08/2023,
02/04/2023,
02/01/2023,
01/28/2023,
01/25/2023,
01/21/2023,
01/18/2023,
01/14/2023,
01/11/2023,
01/07/2023,
01/04/2023,
12/31/2022,
12/28/2022,
12/24/2022,
12/21/2022,
12/17/2022,
12/14/2022,
12/10/2022,
12/03/2022,
11/30/2022,
11/26/2022,
11/23/2022,
11/19/2022,

11/16/2022,
11/12/2022,
11/09/2022,
11/07/2022,
11/02/2022,
10/29/2022,
10/26/2022,
10/22/2022,
10/19/2022,
10/12/2022,
10/08/2022,
10/05/2022,
10/01/2022,
09/28/2022,
09/24/2022,
09/17/2022,
09/14/2022,
09/10/2022,
09/07/2022,
09/03/2022,
08/31/2022 an
d 08/27/2022

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102

**CREDIT KARMA
INC**
Inquired on
07/04/2023,
03/17/2023,
02/26/2023,
10/19/2022,
10/14/2022 an
d 09/11/2022

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102

**CREDIT ONE
BANK NA**
Inquired on
04/23/2023

PO BOX 98875,
LAS VEGAS NV
89193
(877) 825-3242

**EQUIFAX
CONSUMER
SVCS**
Inquired on
10/01/2022

PO BOX
740241,
ATLANTA GA
30374
(800) 685-1111

**EQUIFAX
INC/TID**
Inquired on
01/13/2023,
12/08/2022,
11/23/2022,
10/19/2022,
10/14/2022,
10/10/2022 an
d 10/05/2022

1550
PEACHTREE ST
NE # H56B,
ATLANTA GA
30309
(866) 640-2273

**EXPERIAN**

Inquired on 08/26/2023, 07/12/2023, 01/15/2023, 12/24/2022, 12/02/2022, 11/13/2022 and 09/28/2022

475 ANTON BLVD, COSTA MESA CA 92626

**EXPERIAN**

Inquired on 08/15/2023, 08/08/2023, 08/01/2023, 07/25/2023, 07/13/2023, 07/11/2023, 07/04/2023, 06/27/2023, 06/20/2023, 06/13/2023, 06/06/2023, 05/30/2023, 05/23/2023, 05/16/2023, 05/09/2023, 05/02/2023, 04/25/2023, 04/18/2023, 04/11/2023, 04/04/2023, 03/28/2023, 03/21/2023, 03/14/2023, 03/07/2023, 02/21/2023, 02/07/2023, 01/24/2023, 01/10/2023, 12/27/2022, 12/13/2022, 11/29/2022, 11/15/2022, 11/01/2022, 10/18/2022, 10/04/2022, 09/20/2022, 09/06/2022 and 09/05/2022

475 ANTON BLVD, COSTA MESA CA 92626 (866) 431-3471

**EXPERIAN**

Inquired on 08/11/2023, 08/09/2023, 07/12/2023, 07/04/2023, 06/01/2023, 05/13/2023, 04/23/2023, 04/13/2023, 04/10/2023, 03/15/2023, 03/03/2023, 02/24/2023, 02/15/2023, 01/13/2023, 01/12/2023, 12/08/2022, 12/04/2022, 11/23/2022, 11/01/2022, 10/19/2022, 10/16/2022, 10/14/2022, 10/10/2022, 10/05/2022, 09/13/2022 and 09/11/2022

475 ANTON BLVD, COSTA MESA CA 92626

**EXPERIAN**

Inquired on 07/12/2023, 01/15/2023, 12/24/2022, 12/02/2022, 11/13/2022 and 09/28/2022

475 ANTON BLVD, COSTA MESA CA 92626

**EXPERIAN**

Inquired on 07/12/2023, 01/15/2023, 12/24/2022, 12/02/2022 and 11/13/2022

PO BOX 9600, ALLEN TX 75013
(800) 311-4769

**EXPERIAN**

Inquired on 01/15/2023, 12/24/2022, 11/13/2022 and 09/28/2022

PO BOX 2002, ALLEN TX 75013
(888) 397-3742

**EXPERIAN**

Inquired on 09/05/2022

None Provided

**EXPERIAN CREDITMATCH**

Inquired on 07/13/2023, 09/17/2022, 09/11/2022, 09/06/2022, 09/05/2022 and 09/04/2022

475 ANTON BLVD # D4, COSTA MESA CA 92626

**EXPERIAN CS IDENTITY**

Inquired on 08/08/2023, 07/04/2023, 06/01/2023, 05/01/2023, 04/08/2023, 03/31/2023, 02/27/2023, 01/26/2023, 12/25/2022, 11/24/2022 and 10/22/2022

535 ANTON BLVD STE 100, COSTA MESA CA 92626

**FIRST NATIONAL COLLECTIO**

Inquired on 02/16/2023 and 01/16/2023

50 W LIBERTY ST STE 250, RENO NV 89501

**I C SYSTEM INC**

Inquired on 04/05/2023

PO BOX 64378, SAINT PAUL MN 55164
(888) 735-0516

**ID ME INC**

Inquired on 04/15/2023

8281 GREENSBORO DR STE 600, TYSONS CORNER VA 22102
(866) 775-4363

**LN/LIBERTY MUTUAL INSURA**

Inquired on 10/17/2022

157 BERKELEY ST,

**NAV TECHNOLOGIE S INC**

Inquired on 07/28/2023, 05/29/2023, 03/29/2023,

**ODE/700CREDI T LLC**

Inquired on 10/14/2022

31440 NORTHWESTER N HWY STE 250

**OLLO/CWS/FDR**

Inquired on 08/02/2023

PO BOX 9222, OLD BETHPAGE NY 11804
(877) 494-0020

BOSTON MA 02116

02/08/2023 and 12/09/2022

12936 S FRONTRUNNER BLVD # 550, DRAPER UT 84020

FARMINGTON HILLS MI 48334

On behalf of 700CREDIT

**ONEMAIN**
Inquired on 10/03/2022

PO BOX 1010, EVANSVILLE IN 47706
(844) 298-9773

**ONEMAIN**
Inquired on 09/26/2022

PO BOX 1010, EVANSVILLE IN 47706
(844) 298-9773

**PROGRESSIVE INSURANCE**
Inquired on 03/17/2023

PO BOX 33018, SAINT PETERSBURG FL 33733
(866) 274-8765

**PROGRESSIVE INSURANCE**
Inquired on 02/26/2023

6300 WILSON MILLS RD, CLEVELAND OH 44143

**PROSPER/COASTAL COMMUNIT**
Inquired on 07/09/2023

211 MAIN ST STE 300, SAN FRANCISCO CA 94105
(415) 362-7272

**QUINSTREET/GUIDE TO LEND**
Inquired on 10/03/2022

950 TOWER LN FL 6, FOSTER CITY CA 94404

**RESURGENT CAPITAL SERVIC**
Inquired on 11/04/2022

PO BOX 10497, GREENVILLE SC 29603
(866) 464-1183

**SELF FINANCIAL INC**
Inquired on 08/09/2023

901 EAST 6TH ST STE 400, AUSTIN TX 78702

**TRANSUNION INTERACTIVE I**
Inquired on 07/10/2023, 06/09/2023, 05/08/2023 and 04/08/2023

100 CROSS ST STE 202, SAN LUIS OBISPO CA 93401

**UNITED STATES CITIZENSHI**
Inquired on 06/28/2023

111 MASSACHUSETTS AVE NW, WASHINGTON DC 20529

**X1**
Inquired on 02/19/2023

548 MARKET ST STE 30684, SAN FRANCISCO CA 94104

**ZIP CO US INC**
Inquired on 02/05/2023

27 W 24TH ST, NEW YORK NY 10010

(802) 762-0202

## Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

## Contact Experian

**Online**

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

**Phone**

**Monday - Friday**
9am to 5pm
(855) 414-6047

**Mail**

**Experian**
PO Box 9701
Allen, TX 75013

## Know Your Rights

# Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**A Summary of Your Rights Under the Fair Credit Reporting Act.**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| **FOR QUESTIONS OR CONCERNS REGARDING:** | **PLEASE CONTACT:** |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |

**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau:

**b.** Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue NW
Washington, DC 20580

**2.** To the extent not included in item 1 above:

**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**d.** Federal Credit Unions

**a.** Office of the Comptroller of the Currency
Customer Assistance Group
P.O. Box 53570
Houston, TX 77052

**b.** Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

**c.** Division of Depositor and Consumer Protection
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
1100 Walnut Street, Box #11
Kansas City, MO 64106

**d.** National Credit Union Administration
Office of Consumer Financial Protection
1775 Duke Street
Alexandria, VA 22314

**3.** Air carriers

Assistant General Counsel for Office of Aviation Consumer Protection
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Public Assistance, Governmental Affairs, and Compliance
Surface Transportation Board
395 E Street SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and Stockyards Division Regional Office

**6.** Small Business Investment Companies

Associate Administrator, Office of Capital Access
United States Small Business Administration
409 Third Street SW, Suite 8200
Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

**8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations

Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090

**9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above

FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center - FCRA
Washington, DC 20580
(877) 382-4357

## Notification of Rights

- Notification of Rights for California Consumers

- Notification of Rights for Colorado Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Maryland Consumers
- **Notification of Rights** for Massachusetts Consumers
- **Notification of Rights for Texas Consumers**
- **Notification of Rights for Vermont Consumers**
- **Notification of Rights for Washington Consumers**

Initial Disclosures Attachment D

Loss of sleep,

Loss of time

Feeling of vulnerability

Feeling of anxiety

Stress

headaches

Feeling of loss of Privacy

Initial Disclosures Attachment F

(5) Plaintiff does not have an account with Defendant.

(6) Plaintiff never entered into a contract with Defendant.

(7) Plaintiff never gave any consent to Defendant to access his consumer report.