UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Case No.: 1:23-cv-4157-ELR-JKL

RAYMOND G. BROWN,

    Plaintiff,

vs.

I.C. SYSTEM, INC.,

    Defendant.

_____/

## DEFENDANT I.C. SYSTEM, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW, Defendant, I.C. SYSTEM, INC. ("Defendant" and/or "ICS"), and files this Answer and Affirmative Defenses to the Plaintiff's Amended Complaint and states:

### INTRODUCTION

1. Defendant admits that Plaintiff seeks relief under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*; Defendant denies that Plaintiff is entitled to any such relief.

### JURISDICTION

2. Admitted for jurisdictional purposes only, otherwise, denied.

3. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Amended Complaint.

**PARTIES**

4. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Amended Complaint.

5. Defendant admits that it maintains a Registered Agent, C T Corporation System, located at 289 S. Culver St. Lawrenceville, GA 30046-4805. Otherwise, Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Amended Complaint.

6. Denied.

**FACTUAL ALLEGATIONS**

7. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Amended Complaint.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Defendant admits it is and was aware of its obligations under federal law, otherwise, denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

## COUNT I: FCRA - 15 U.S.C. § 1681(b)(f)

28. Defendant incorporates and re-asserts its responses to all preceding paragraphs as if fully re-stated herein.

29. Defendant is without sufficient information to form an opinion regarding the veracity of the allegations in this paragraph of Plaintiff's Amended Complaint.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Defendant admits it is and was aware of its obligations under federal law, otherwise, denied.

35. Denied.

36. Denied.

37. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant asserts that if it is assumed, *arguendo*, that Defendant violated a statute as alleged in Plaintiff's Amended Complaint, which presupposition Defendant denies, such violation was not negligent or intentional, and resulted from a *bona fide* error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

### SECOND AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that Plaintiff's claims may be barred in whole or in part by the applicable statute of limitations found in the FCRA.

### DEMAND FOR A JURY TRIAL

Defendant demands a trial by jury of all issues so triable.

WHEREFORE, Defendant I.C. SYSTEM, INC., respectfully requests this Court to DISMISS Plaintiff's claims with prejudice and for any such other relief as this court deems just and proper.

Respectfully submitted by:

/s/Joseph C. Proulx
Joseph C. Proulx, Esq.
JProulx@mgl.law
Georgia Bar No.: 832707
**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**
410 Ware Boulevard
Suite 806
Tampa, Florida 33619
Main Line: (813) 251-3632
Direct Line: (656) 212-4253
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

/s/Joseph C. Proulx
Joseph C. Proulx, Esq.
JProulx@mgl.law
Georgia Bar No.: 832707
**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**

                                        410 Ware Boulevard  
                                      Suite 806  
                                      Tampa, Florida 33619  
                                      Main Line: (813) 251-3632  
                                      Direct Line: (656) 212-4253  
                                      *Counsel for Defendant*